UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1163
_____

In re: U LOCK, INC.,
                Debtor

GEORGE SNYDER,
                Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(W.D. Pa. Civ. No. 2:23-cv-00691)
District Judge: Honorable Cathy Bissoon
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
January 23, 2025
Before: KRAUSE, PHIPPS, and ROTH, Circuit Judges
_____

**JUDGMENT**
_____

     This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on January 23, 2025. On consideration whereof, it is now hereby
     ORDERED and ADJUDGED by this Court that the judgment of the District Court entered December 19, 2023, is hereby affirmed. Costs taxed against the Appellant. All of the above in accordance with the opinion of this Court.

                                                  ATTEST:

                                                  s/Patricia S. Dodszuweit
                                                  Clerk

Dated: January 27, 2025