# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BILL OF COSTS

C.A. No. 24-1163

Caption: In re: U LOCK, Inc., Debtor  George Snyder, Appellant

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | 8 | 51 | 0.10 | 4.00 | | 5.10 | 72.80 | |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| ~~Shipping~~ | | | | | | | 52.75 | |
| | | | | | | | | |
| TOTAL | | | | | | | $125.55 | $72.80 |

Brief Produced by Reproduction: ☐       Brief Produced by Photocopy: ☒
                                                                          In House: ☐
                                                                          Commercial: ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Stuart C. Gaul, Jr., do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

*/s/ Stuart C. Gaul, Jr.*                                                February 7, 2025
Signature                                                                 Date
Attorney for: Appellee, Christine Biros

**A certificate of service must accompany this form.**



**Payable to:  Array**
**Mail to:  2995 Dawn Dr. Suite 106**
            **Georgetown, TX  78628**
**Phone: 716-640-8823**
**\*\*Please include invoice number with payment\*\***

# Invoice

| Date | Invoice # |
|---|---|
| 8/20/2024 | X106239 |
| Tax ID - 85-0748969 ||

| Bill To |
|---|
| Bernstein-Burkley, P.C. |
| 601 Grant St, 9th Floor |
| Pittsburgh, PA 15219 |
| Attn: Accounts Payable |

| Ship To |
|---|
| Bernstein-Burkley, P.C. |
| 601 Grant St, 9th Floor |
| Pittsburgh, PA 15219 |
| Attn: Accounts Payable |

| Job Number | Array-PIT022050 |
|---|---|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 9/19/2024 | 8/20/2024 | MK | 3626-001 | Cynthia Kovack | 3626-001 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 459 | Blowback Printing - Black & White 8.5 x 11 | 0.10 | 45.90T |
| 9 | Velo Bind | 4.00 | 36.00T |
| 1 | Shipping<br>• Briefs shipped to Courthouse in Philadelphia via FedEx | 52.75 | 52.75 |

Unless otherwise covered by a separate written agreement: a) this invoice is due within 30 days of receipt; b) client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array; c) client has 10 days from receipt of invoice to inspect the completed work for errors; d) if no objection is made within the 10 days, this invoice shall be deemed accepted and full payment shall be due in accordance with the terms stated above.

| | |
|---|---|
| **Subtotal** | $134.65 |
| **Sales Tax  (7.0%)** | $5.73 |
| **Payments/Credits** | $0.00 |
| **Balance** | $140.38 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the within BILL OF COSTS was served this 7th day of February, 2025, via the Court's CM/ECF notification system on all counsel of record and unrepresented parties.

*Stuart C. Gaul, Jr.*